1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9               UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  GIL CROSTHWAITE, et al., as Trustees of the       Case No.: C08-0034 BZ
    OPERATING ENGNEERS HEALTH AND
    WELFARE TRUST FUND FOR NORTHERN              **DECLINATION TO PROCEED BEFORE**
13  CALIFORNIA, et al.                           **A MAGISTRATE JUDGE and**
                                                 **REQUEST FOR REASSIGNMENT TO A**
14          Plaintiffs,                          **UNITED STATES DISTRICT JUDGE**

15  v.

16  TERRENCE WAYNE WIMMER, individually
    and dba WIMMER EXCAVATING aka
17  WIMMER GENERAL ENGINEERING aka
    WIMMER, INC.,
18
            Defendants.
19

20          REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21          The undersigned party hereby declines to consent to the assignment of this case to a United

22  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

23  to a United States District Judge.

24
    Dated: January 8, 2008                       Respectfully submitted,
25                                               SALTZMAN & JOHNSON LAW CORPORATION

26
                                                 _____/s/_____
27                                               Muriel B. Kaplan
                                                 Attorneys for Plaintiffs
28
                                                                                              -1-
                        **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                                                            **Case No.: C08-0034 BZ**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 BZ - Declination to Proceed before a Magistrate Judge 010808.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 9, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** <br> **dba Wimmer General Engineering** <br> **dba Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** | **Terrence Wayne Wimmer** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** <br><br> **Terrence W. Wimmer** <br> **Agent for Service of Process** <br> **Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of January, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C08-0034 BZ**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 BZ - Declination to Proceed before a Magistrate Judge 010808.DOC