1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: C08-0034 MMC
   | OPERATING ENGNEERS HEALTH AND |
13 | WELFARE TRUST FUND FOR NORTHERN | **PROOF OF SERVICE ON SUMMONS**
   | CALIFORNIA, et al. |
14
15              Plaintiffs,

16  v.

17  TERRENCE WAYNE WIMMER, individually
    and dba WIMMER EXCAVATING aka
18  WIMMER GENERAL ENGINEERING aka
    WIMMER, INC.,
19
20              Defendants.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                                    -1-
                                              PROOF OF SERVICE
                                            Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Proof of Service 012208.DOC

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | | TELEPHONE NO.<br>(415) 882-7900 | | |
|---|---|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | | | |
| COURT<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | | | |
| SHORT NAME OF CASE<br>Operating Engineers v. Wimmer Excavating, Inc. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-0034 BZ |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

### Name: Wimmer Excavating

**Date of Delivery:**    **January 8, 2008**
**Time of Delivery:**    **11:09 am**

**Place of Service:    419 Mason St., suite 207**
**Vacaville, CA 94588**

**Manner of Service:** Personal Service - by personally delivering copies to Christine Buffington, Office manager and Agent for Service of Process for Wimmer Excavating, Inc.

**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and
Correct and that this declaration was executed
on: January 8, 2008
at: Vacaville, California

Signature: _____

Name:  Paul Holt
Title: RPS, San Francisco County #727

### PROOF OF SERVICE

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|

**ATTORNEY FOR PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Operating Engineers v. Wimmer Excavating, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-0034 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

### Name: Wimmer Inc.

**Date of Delivery:** **January 8, 2008**
**Time of Delivery:** **11:09 am**

**Place of Service:** **419 Mason St., suite 207**
**Vacaville, CA 94588**

**Manner of Service:** Personal Service - by personally delivering copies to Christine Buffington, Office manager and Agent for Service of Process for Wimmer Inc.

**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: January 8, 2008
at: Vacaville, California

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco County #727

# PROOF OF SERVICE

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Operating Engineers v. Wimmer Excavating, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-0034 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

### Name: Terrence Wayne Wimmer

**Date of Delivery:**    **January 17, 2008**
**Time of Delivery:**    **9:40 am**

**Place of Service: 419 Mason St., suite 207**
**Vacaville, CA 94588**

**Manner of Service:** Personal Service - by personally delivering copies to Terrence Wayne Wimmer

**Fee for Service:**

| ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23) | I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed<br>on: January 17, 2008<br>at: Vacaville, California |
|---|---|
| **Theresa's Messenger Service**<br>P.O. Box 190543<br>San Francisco, CA 94119<br>(415) 760-2188 | Signature: _____<br>Name: Paul Holt<br>Title: RPS,San Francisco County #727 |

# PROOF OF SERVICE