Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRANK WILLIAM MITCHELL, individually and dba MITCHELL CONSTRUCTION DRYWALL METAL STUDS, <br><br> Defendant. | Case No.: C08-0530 MMC <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 3, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

///
///

1 | on the interested parties in said action by placing a true and exact copy of each document in a
2 | sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3 | Francisco, California, addressed as follows:

> **Frank Mitchell**
> **dba Mitchell Construction Drywall Metal Studs**
> **310 Rancho Murieta Drive, Apt. D**
> **Vacaville, California 95687**

8 | I declare under penalty of perjury that the foregoing is true and correct and that this
9 | declaration was executed on this 3rd day of March, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega