1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 San Francisco, CA 94105
(415) 882-7900
4 (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs

7

8

9                   UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**PROOF OF SERVICE** |
|---|---|

I, the undersigned, declare:

   I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

   On March 3, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

-1-
**PROOF OF SERVICE
Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Proof of Service 030308.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      **Wimmer Excavating**        **Terrence Wayne Wimmer**
    **dba Wimmer General Engineering**        **419 Mason Street, Suite 207**
6      **dba Wimmer, Inc.**        **Vacaville, California 94588**
    **419 Mason Street, Suite 207**
7      **Vacaville, California 94588**        **Terrence W. Wimmer**
        **Agent for Service of Process**
8          **Wimmer, Inc.**
        **419 Mason Street, Suite 207**
9          **Vacaville, California 94588**
10
11     I declare under penalty of perjury that the foregoing is true and correct and that this
12 declaration was executed on this 3rd day of March, 2008, at San Francisco, California.
13
14                                     _____/s/_____
15                                         Vanessa de Fábrega
16
17
18
19
20
21
22
23
24
25
26
27
28