**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

March 4, 2008

RE:  CV 08-00034 MMC    GIL CROSTHWAITE-v- TERRENCE WAYNE WIMMER

Default is entered as to Defendant Terrence Wayne Wimmer, individually and dba Wimmer Excavating aka Wimmer General Engineering aka Wimmer, Inc on 3/4/08. All parties noticed via e-mail or U.S. mail.

　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　*Alfred Amistoso*
　　　　　　　　　　　　　　　　　　　　　　by Alfred Amistoso
　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC TR-4  Rev. 3/89