Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>    Defendants. | Case No.: C08-0034 MMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 7, 2008, I served the following document(s):

**ENTRY OF DEFAULT**

///

-1-
**PROOF OF SERVICE**
**Case No.: C08-0034 MMC**

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Wimmer Excavating**        **Terrence Wayne Wimmer**
      **dba Wimmer General Engineering**        **419 Mason Street, Suite 207**
      **dba Wimmer, Inc.**        **Vacaville, California 94588**
      **419 Mason Street, Suite 207**
      **Vacaville, California 94588**        **Terrence W. Wimmer**
       **Agent for Service of Process**
       **Wimmer, Inc.**
       **419 Mason Street, Suite 207**
       **Vacaville, California 94588**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 7th day of March, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Proof of Service 030708.DOC