1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs hereby request continuance of the Case Management Conference currently set for April 18, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney:

1.   Plaintiffs have been working with defendants and various general contractors in order to bring this matter to resolution by defendants' payment of all contributions that are due. Plaintiffs are hopeful that a dismissal of this case will be filed shortly.

///

///

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

2. Plaintiffs therefore respectfully request that the Case Management Conference be continued for approximately 60 days to allow the negotiations to be finalized, and for the matter to be resolved between the parties.

3. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
         Michele R. Stafford
         Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____          _____
                                                            United States District Court Judge

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC CMC Continuance Request 041008.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 11, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** | **Terrence Wayne Wimmer** |
| **dba Wimmer General Engineering** | **419 Mason Street, Suite 207** |
| **dba Wimmer, Inc.** | **Vacaville, California 94588** |
| **419 Mason Street, Suite 207** | |
| **Vacaville, California 94588** | **Terrence W. Wimmer** |
| | **Agent for Service of Process** |
| | **Wimmer, Inc.** |
| | **419 Mason Street, Suite 207** |
| | **Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC CMC Continuance Request 041008.DOC