Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>　　　　Defendants. | Case No.: C08-0034 MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br> AND ORDER THEREON |

Plaintiffs hereby request continuance of the Case Management Conference currently set for April 18, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney:

1.　　Plaintiffs have been working with defendants and various general contractors in order to bring this matter to resolution by defendants' payment of all contributions that are due. Plaintiffs are hopeful that a dismissal of this case will be filed shortly.

///

///

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC CMC Continuance Request 041008.DOC

2. Plaintiffs therefore respectfully request that the Case Management Conference be continued for approximately 60 days to allow the negotiations to be finalized, and for the matter to be resolved between the parties.

3. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 10th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __June 6, 2008__ at __10:30 a.m.__, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

A Joint Case Management Statement shall be filed no later than May 30, 2008.

Date: __April 14, 2008__         _____
United States District Court Judge

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**