1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  GIL CROSTHWAITE, et al., as Trustees of the   | Case No.: C08-0034 MMC
    OPERATING ENGNEERS HEALTH AND
    WELFARE TRUST FUND FOR NORTHERN              | **PROOF OF SERVICE**
13  CALIFORNIA, et al.

14          Plaintiffs,

15  v.

16
    TERRENCE WAYNE WIMMER, individually
17  and dba WIMMER EXCAVATING aka
    WIMMER GENERAL ENGINEERING aka
18  WIMMER, INC.,

19          Defendants.

20

21  I, the undersigned, declare:

22      I am a citizen of the United States and am employed in the County of San Francisco, State

23  of California. I am over the age of eighteen and not a party to this action. My business address is

24  120 Howard Street, Suite 520, San Francisco, California 94105.

25
        On April 15, 2008, I served the following document(s):
26

27                          **ORDER ON**
            **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
28
                                                              -1-
                                                    **PROOF OF SERVICE**
                                                    **Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Proof of Service 041508.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Wimmer Excavating**              **Terrence Wayne Wimmer**
      **dba Wimmer General Engineering**  **419 Mason Street, Suite 207**
      **dba Wimmer, Inc.**                 **Vacaville, California 94588**
      **419 Mason Street, Suite 207**
      **Vacaville, California 94588**      **Terrence W. Wimmer**
                                            **Agent for Service of Process**
                                            **Wimmer, Inc.**
                                            **419 Mason Street, Suite 207**
                                            **Vacaville, California 94588**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of April, 2008, at San Francisco, California.

                                                _____/s/_____
                                                       Vanessa de Fábrega