Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

Saltzman & Johnson Law Corporation
**44 Montgomery Street, Suite 2110**
**San Francisco, California 94104**
Tel: 415-882-7900
Fax: 415-882-9287

-1-
NOTICE OF CHANGE OF ADDRESS
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Notice of Change of Address 042308.doc

1 | Please note that the telephone and facsimile numbers have not changed.

2 | Dated: April 24, 2008                    SALTZMAN & JOHNSON LAW COPORATION

3

4 | _____/s/_____
Muriel B. Kaplan
5 | Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Notice of Change of Address 042308.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 24, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating**<br>**dba Wimmer General Engineering**<br>**dba Wimmer, Inc.**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588** | **Terrence Wayne Wimmer**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588**<br><br>**Terrence W. Wimmer**<br>**Agent for Service of Process**<br>**Wimmer, Inc.**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage