Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 6, 2008<br><br>Time: 10:30 a.m.<br><br>Courtroom: 7, 19th Floor<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiffs hereby request continuance of the Case Management Conference currently set for June 6, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney:

1. Plaintiffs have continued to work with defendants and various general contractors in the attempt to bring this matter to resolution by defendants' payment of all contributions that are due. Plaintiffs recently believed that defendant's account had become current and were prepared to file a dismissal. Upon further review, it was determined that additional (recent)

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

1  amounts are now outstanding. Plaintiffs are continuing to work with various general contractors
2  for payment of this amount.
3      2.   Plaintiffs therefore respectfully request that the Case Management Conference be
4  continued for approximately 60 days to allow the negotiations with defendants and general
5  contractors to continue, and for the matter to be resolved between the parties.
6
7      3.   It is furthermore requested that all previously set deadlines and dates related to this
8  case be continued as well.
9      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
10 entitled action, and that the foregoing is true of my own knowledge.
11     Executed this 2nd day of June, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/s/_____
         Michele R. Stafford
         Attorneys for Plaintiffs


IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.



Date: _____          _____
                                        United States District Court Judge

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC CMC Continuance Request 060208.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 2, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** <br> **dba Wimmer General Engineering** <br> **dba Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** | **Terrence Wayne Wimmer** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** <br><br> **Terrence W. Wimmer** <br> **Agent for Service of Process** <br> **Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 2nd day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega