1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. | Case No.: C08-0034 MMC |
| | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER |
| Plaintiffs, | Date:  June 6, 2008 |
| v. | Time:  10:30 a.m. |
| TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC., | Courtroom: 7, 19th Floor |
| | Judge: The Honorable Maxine M. Chesney |
| Defendants. | |

Plaintiffs hereby request continuance of the Case Management Conference currently set for June 6, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney:

1.  Plaintiffs have continued to work with defendants and various general contractors in the attempt to bring this matter to resolution by defendants' payment of all contributions that are due. Plaintiffs recently believed that defendant's account had become current and were prepared to file a dismissal. Upon further review, it was determined that additional (recent)

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C08-0034 MMC

amounts are now outstanding. Plaintiffs are continuing to work with various general contractors for payment of this amount.

    2.    Plaintiffs therefore respectfully request that the Case Management Conference be continued for approximately 60 days to allow the negotiations with defendants and general contractors to continue, and for the matter to be resolved between the parties.

    3.    It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of June, 2008, at San Francisco, California.

                  SALTZMAN & JOHNSON
                  LAW CORPORATION

                  By: _____/s/_____
                            Michele R. Stafford
                            Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to  August 1, 2008  at  10:30 a.m.  , and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.  A Joint Case Management Statement shall be filed no later than July 25, 2008.

Date: June 3, 2008                                _____
                                                    United States District Court Judge