Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 3, 2008, I served the following document(s):

**ORDER ON
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

-1-
PROOF OF SERVICE
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC POS on CMC Continuance Order 060308.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

**Wimmer Excavating**
**dba Wimmer General Engineering**
**dba Wimmer, Inc.**
**419 Mason Street, Suite 207**
**Vacaville, California 94588**

**Terrence Wayne Wimmer**
**419 Mason Street, Suite 207**
**Vacaville, California 94588**

**Terrence W. Wimmer**
**Agent for Service of Process**
**Wimmer, Inc.**
**419 Mason Street, Suite 207**
**Vacaville, California 94588**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC POS on CMC Continuance Order 060308.DOC