1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 1, 2008<br><br>Time: 10:30 a.m.<br><br>Courtroom: 7, 19th Floor<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiffs hereby request that the Case Management Conference, currently set for August 1, 2008, be continued.

1. Default was entered by the Court on March 4, 2008.

2. Plaintiffs' auditor has recently issued its report of defendants' records for the audited period of January 1, 2006 to December 31, 2007, finding additional amounts due. That report has been sent to the defendant for review and payment.

///

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMV CMC Continuance Request 072508.DOC

3. Plaintiffs have begun preparing a Motion for Default Judgment in this action and will include the audit findings in that Motion if they remain unpaid. Plaintiffs anticipate they will file the Motion with the Court within three weeks, after allowing time for defendants to respond to the audit.

4. There are no further issues to come before the Court.

5. Plaintiffs therefore respectfully request that the Case Management Conference be continued for 60 days, or to the date plaintiffs set for their Motion for Default Judgment, in order to conserve costs as well as the Court's time and resources.

6. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of July, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____, 2008, or to the date to be set for hearing of plaintiffs' Motion for Default Judgment, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____        _____
                                     United States District Court Judge

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 25, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating**<br>**dba Wimmer General Engineering**<br>**dba Wimmer, Inc.**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588** | **Terrence Wayne Wimmer**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588**<br><br>**Terrence W. Wimmer**<br>**Agent for Service of Process**<br>**Wimmer, Inc.**<br>**419 Mason Street, Suite 207**<br>**Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of July, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMV CMC Continuance Request 072508.DOC