Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER THEREON<br><br>Date:  August 1, 2008<br><br>Time:  10:30 a.m.<br><br>Courtroom: 7, 19th Floor<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiffs hereby request that the Case Management Conference, currently set for August 1, 2008, be continued.

1. Default was entered by the Court on March 4, 2008.

2. Plaintiffs' auditor has recently issued its report of defendants' records for the audited period of January 1, 2006 to December 31, 2007, finding additional amounts due. That report has been sent to the defendant for review and payment.

///

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMV CMC Continuance Request 072508.DOC

3. Plaintiffs have begun preparing a Motion for Default Judgment in this action and will include the audit findings in that Motion if they remain unpaid. Plaintiffs anticipate they will file the Motion with the Court within three weeks, after allowing time for defendants to respond to the audit.

4. There are no further issues to come before the Court.

5. Plaintiffs therefore respectfully request that the Case Management Conference be continued for 60 days, or to the date plaintiffs set for their Motion for Default Judgment, in order to conserve costs as well as the Court's time and resources.

6. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of July, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to October 24, 2008, and the deadline for plaintiffs to file a motion for default judgment is August 22, 2008. ~~or to the date to be set for hearing of plaintiffs' Motion for Default Judgment, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference~~.

Date: July 28, 2008          _____
United States District Court Judge

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C08-0034 MMC

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMV CMC Continuance Request 072508.DOC