Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 28, 2008, I served the following document(s):

**ORDER on
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

-1-
**PROOF OF SERVICE
Case No.: C08-0034 MMC**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\C08-0034 MMC Proof of Service 072808.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

4  
      **Wimmer Excavating**               **Terrence Wayne Wimmer**
      **dba Wimmer General Engineering**  **419 Mason Street, Suite 207**
5        **dba Wimmer, Inc.**                **Vacaville, California 94588**
      **419 Mason Street, Suite 207**
6        **Vacaville, California 94588**       **Terrence W. Wimmer**
                                                  **Agent for Service of Process**
7                                                    **Wimmer, Inc.**
8                                                    **419 Mason Street, Suite 207**
                                                  **Vacaville, California 94588**
9

10     I declare under penalty of perjury that the foregoing is true and correct and that this
11 declaration was executed on this 28th day of July, 2008, at San Francisco, California.
12

13

14                                                           _____/s/_____
                                                                 Vanessa de Fábrega

15

16

17

18

19

20

21

22

23

24

25

26

27

28