# EXHIBIT A

San Francisco



# San Francisco

**Court Info**

Last Updated: 08/28/1998

**Address:**
450 Golden Gate Ave.
Clerk's office is on the 16th Floor
Jury office is on the 19th floor
San Francisco, CA 94102

**Phone:**
415-522-2000
Jury: 415-522-2171

**Hours:**
9:00 AM - 4:00 PM
file viewing room open 9:00 AM - 1:00 PM
(may be earlier for Jury)

Venue questions?



Click for Map to SF Courthouse, directions, hotels, restaurants

**Directions:**
- From BART: Exit Civic Center. From UN Plaza take Fulton Street toward City Hall. Turn Right on Larkin, go 2 blocks to Golden Gate.
- From GOLDEN GATE BRIDGE: Take Lombard to Van Ness. Turn right. Proceed to Golden Gate Ave and turn Left.
- From EAST BAY: Take Hwy 80 to 9th Street/Civic Center. 9th Street becomes Larkin Street. Proceed to Golden Gate Ave.
- From the PENINSULA: Take Hwy 101 North to 9th Street/Civic Center. 9th Street becomes Larkin Street. Proceed to Golden Gate Ave.

**Parking:**
- 735 Van Ness between Turk & Eddy (outdoor lot) 530 Turk Street, Open until 5:30 PM
- Outdoor lot on corner of Golden Gate and Larkin
- Civic Center Garage, on McAllister Street, between Polk & Larkin

**Public Transportation:**
Link to Bay Area Public Transit Info:

Some hotel suggestions:

Links to list of hotels-Visitor Bureau Lodging listings-SF Luxury Hotels-Search for Hotels

SF Convention and Visitor Bureau