1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery St., Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC. <br><br> Defendants. | Case No.: C08-0034 MMC <br><br> **DECLARATION OF THERESA L. BRADLEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** <br><br> Date:     September 24, 2008 <br> Time:    2:30 p.m. <br> Location: 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Ctrm:    7, 19th Floor <br> Judge:   The Honorable Maxine M. Chesney |

I, Theresa L. Bradley, declare as follows:

1.     I am a Supervisor in the Compliance Department of Hemming Morse, Inc. ("HMI"), a certified public accounting firm which regularly conducts compliance inspections for Plaintiffs and other employee benefit plans, to determine whether employers who are obligated to make contributions to such plans have in fact made the required contributions. Such determination entails an inspection of an employer's records and a compilation of what that inspection discloses in the form of a report.

///

///

2.   As a Supervisor in the Compliance Department, I am responsible for certain inspections that are referred to HMI by the Operating Engineers Trust Funds, and supervise all of the work done on specific files.

3.   According to my records, a payroll audit of WIMMER EXCAVATING was conducted in June, 2008, for the period January 1, 2004 through December 31, 2007, and a report issued on or about June 18, 2008 was sent to defendants. The audit was performed during the course of this litigation and revealed a total due of **$109,772.88**, which includes liquidated damages, interest and auditor's fees.  A true and accurate copy of that report is attached hereto as *Exhibit A*.

4.   The procedures that were performed relative to this audit include:

(1)   Analyzing the relevant Collective Bargaining Agreement(s);

(2)   Comparing the hours reported to the Trust Funds with the employer's compensation records;

(3)   Comparing employees appearing on the employer's W-2 forms and the California State Quarterly Report DE-6 forms, to the Trust Fund contribution reports;

(4)   Inspecting any other union contribution reports for all employees not appearing on the contribution reports to ascertain if the employee is working in a classification covered by the Collective Bargaining Agreement.

5.   The auditor's fees for the audit, in the amount of $7,221.18, are included in the audit.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 19th day of August, 2008, at San Francisco, California.

_____/s/_____
Theresa L. Bradley

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 19, 2008, I served the following document(s):

**DECLARATION OF THERESA L. BRADLEY IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** | **Terrence Wayne Wimmer** |
| **dba Wimmer General Engineering** | **419 Mason Street, Suite 207** |
| **dba Wimmer, Inc.** | **Vacaville, California 94588** |
| **419 Mason Street, Suite 207** | |
| **Vacaville, California 94588** | **Terrence W. Wimmer** |
| | **Agent for Service of Process** |
| | **Wimmer, Inc.** |
| | **419 Mason Street, Suite 207** |
| | **Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega