Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.,<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**[PROPOSED] JUDGMENT** |

Defendants, TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC., having failed to plead or otherwise defend in this action and its default having been entered:

It is hereby ORDERED, ADJUDGED AND DECREED that defendants TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC., shall promptly pay to plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof, as follows:

1

**[PROPOSED] JUDGMENT**
**CASE NO.: C07-1491 CRB**

| **Contributions** | | |
|---|---:|---:|
| October 2007 remainder due | $9,352.27 | |
| November 2007 remainder due | $29,431.02 | |
| December 2007 remainder due | $16,720.96 | |
| April 2008 remainder due | $14,683.99 | |
| May 2008 contributions | $20,379.16 | |
| | | $90,567.40 |
| 15% **Liquidated damages** on late paid, underpaid and unpaid contributions | | $44,677.28 |
| 12% **Interest** on late paid, underpaid and unpaid contributions | | $9,619.71 |
| **TOTAL (DELINQUENT CONTRIBUTIONS)** | | **$144,864.39** |
| | | |
| Contributions found due on audit | $76,594.64 | |
| 15% Liquidated damages on contributions found due on audit | $13,181.79 | |
| 12% Interest on contributions found due on audit | $12,775.27 | |
| Audit Fees and Costs | $7,221.18 | |
| **TOTAL (AUDIT)** | | **$109,772.88** |
| | | |
| Attorneys Fees (through 8/18/08) | | **$9,064.00** |
| Costs | | **$838.73** |
| **TOTAL** | | **$264,540.00 plus 12% p/a interest** |

It is further ordered that plaintiffs be awarded interest at the rate of twelve percent (12%) from entry of Judgment, to the date of satisfaction of Judgment.

It is further ordered that the Court shall retain jurisdiction over this matter.

IT IS SO ORDERED, that judgment be entered totaling $264,540.00, plus 12% per annum interest from entry of Judgment, to the date of satisfaction of Judgment.

Dated:_____    _____
                                       MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 19, 2008, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** <br> **dba Wimmer General Engineering** <br> **dba Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** | **Terrence Wayne Wimmer** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** <br><br> **Terrence W. Wimmer** <br> **Agent for Service of Process** <br> **Wimmer, Inc.** <br> **419 Mason Street, Suite 207** <br> **Vacaville, California 94588** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

1
**[PROPOSED] JUDGMENT**
**CASE NO.: C07-1491 CRB**

P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\Motion for Default Judgment\C08-0034 MMC Proposed Judgment 081808.doc