Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC.<br><br>Defendants. | Case No.: C08-0034 MMC<br><br>**RENOTICED HEARING DATE ON MOTION FOR DEFAULT JUDGMENT**<br><br>Date:       September 26, 2008<br>Time:      9:00 a.m.<br>Location:  450 Golden Gate Avenue<br>                San Francisco, CA 94102<br>Ctrm:       7, 19th Floor<br>Judge:     The Honorable Maxine M. Chesney |

TO TERRENCE WAYNE WIMMER, individually and dba WIMMER EXCAVATING aka WIMMER GENERAL ENGINEERING aka WIMMER, INC. (hereinafter collectively "Defendants"):

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court shall conduct a hearing on the application of the plaintiffs for the entry of default judgment in this matter. Said hearing is **renoticed to Friday, September 26, 2008, at 9:00 a.m.,** or as soon

///

///

1
**RENOTICED MOTION HEARING DATE**
**CASE NO.: C08-0034 MMC**

1 | thereafter as counsel may be heard, before the Honorable Maxine M. Chesney, in Courtroom 7,
2 | 19th Floor, Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California.
3 | Dated: August 20, 2008              SALTZMAN & JOHNSON
                                        LAW CORPORATION
4 |
5 |
                                        By: _____/s/_____
6 |                                          Michele R. Stafford
                                             Attorneys for Plaintiffs
7 |
8 |
...
28 |

2

**RENOTICED MOTION HEARING DATE**
**CASE NO.: C08-0034 MMC**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 20, 2008, I served the following document(s):

**RENOTICED HEARING DATE
ON MOTION FOR DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Wimmer Excavating** | **Terrence Wayne Wimmer** |
| **dba Wimmer General Engineering** | **419 Mason Street, Suite 207** |
| **dba Wimmer, Inc.** | **Vacaville, California 95688** |
| **419 Mason Street, Suite 207** | |
| **Vacaville, California 95688** | **Terrence W. Wimmer** |
| | **Agent for Service of Process** |
| | **Wimmer, Inc.** |
| | **419 Mason Street, Suite 207** |
| | **Vacaville, California 95688** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

1
**RENOTICED MOTION HEARING DATE
CASE NO.: C08-0034 MMC**
P:\CLIENTS\OE3CL\Wimmer Excavating\Pleadings\Motion for Default Judgment\C08-0034 MMC Re-Notice of Motion Default Judgment 082008.doc