IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-08-0034 MMC |
| Plaintiffs, | **DIRECTIONS TO CLERK TO REMOVE EXHIBIT FROM FILE; DIRECTIONS TO PLAINTIFFS** |
| v. | |
| TERRENCE WAYNE WIMMER, et al., | |
| Defendants / | |

On August 19, 2008, plaintiffs electronically filed the Declaration of Theresa L. Bradley in Support of Motion for Default Judgment, attached to which is Exhibit A. Exhibit A includes the entire social security number of numerous individuals, each of which is a third party to the instant action.

Plaintiffs, by filing Exhibit A in the public record, have violated Civil Local Rule 3-17(a), which prohibits a party from filing an individual's entire social security number. Where it is necessary to include an individual's social security number in a filing, "only the last four digits of that number should be used." See Civil L.R. 3-17(a)(1). Here, the Court can ascertain no purpose to plaintiffs' filing even the last four digits of any social security number.[1] Nevertheless, to the extent plaintiffs were of the view that such numbers have

---

[1] Plaintiffs assert that Exhibit A establishes certain amounts that defendants owe plaintiffs under the terms of a collective bargaining agreement. The social security numbers of the third parties identified in Exhibit A have no bearing on such issue.

1  some relevance to plaintiffs' motion for default judgment, plaintiffs should not have filed
2  Exhibit A without first redacting the document as is required by the Civil Local Rules of this
3  District.
4      In order to protect the privacy of the subject third parties, the Court hereby DIRECTS
5  the Clerk of the Court to remove from the file Exhibit A to the Declaration of Theresa L.
6  Bradley.
7      Further, plaintiffs are hereby ORDERED to file in the public record, no later than
8  September 26, 2008, a properly-redacted version of Exhibit A to the Declaration of Theresa
9  L. Bradley.  If plaintiffs fail to timely comply, the Court will not consider said exhibit in ruling
10 on plaintiffs' motion for default judgment.
11     **IT IS SO ORDERED.**

13 Dated:  September 11, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge