**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-08-0034 MMC |
| Plaintiffs, | **ORDER AFFORDING PLAINTIFFS OPPORTUNITY TO FILE SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT; VACATING SEPTEMBER 26, 2008 HEARING** |
| v. | |
| TERRENCE WAYNE WIMMER, et al., | |
| Defendants | |
| _____/ | |

Before the Court is plaintiff's Motion for Default Judgment, filed August 19, 2008. Defendants, although served with the motion, have not filed opposition.[1]

Having read and considered plaintiffs' motion, the Court finds that further briefing would be of assistance. Accordingly, the hearing scheduled for September 26, 2008 is VACATED, and the Court will defer ruling on the motion until such time as plaintiffs have had an opportunity to supplement the motion.

//

//

//

_____

[1]Pursuant to the Civil Local Rules of this District, opposition was due no later than September 5, 2008. <u>See</u> Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).

1        Specifically, the Court finds plaintiffs have failed to provide sufficient information as

2 to the following four categories of alleged losses:[2]

3        (1) Plaintiffs seek to recover the sum of $44,677.28 for "liquidated damages on late

4 paid, underpaid and unpaid contributions." (See Pls.' Mot. at 3:5-6.)  In support of this

5 claim, plaintiffs rely on Exhibit G-2 to the Declaration of Wayne E. McBride.  Exhibit G-2

6 indicates, however, that the amount of liquidated damages owed as a result of unpaid

7 contributions corresponding to hours worked beginning in June 2007 is $35,181.08.[3]

8 Plaintiffs provide no explanation for why they are entitled to an additional $9496.20 in

9 liquidated damages.

10        (2) Plaintiffs seek to recover the sum of $9619.71 for "interest on late paid,

11 underpaid, or unpaid contributions."  (See Pls.' Mot. at 3:7.)  In support of this claim,

12 plaintiffs rely on Exhibit G-2 to the Declaration of Wayne E. McBride.  Exhibit G-2 indicates,

13 however, that the amount of interest owed as a result of unpaid contributions and

14 liquidated damages corresponding to hours worked beginning in June 2007 is $8811.86.

15 Plaintiffs provide no explanation for why they are entitled to an additional $807.85 in

16 interest.

17        (3) Plaintiffs seek to recover the sum of $7221.18 for "audit fees and costs."  (See

18 Pls.' Mot. at 3:12.)  Plaintiffs fail to provide any evidence to indicate how such fees were

19 calculated, and fail to identify the nature of any costs incurred as a result of the audit.

20 Consequently, the Court is unable to determine whether such fees and costs are

21 reasonable.  (See McBride Decl. Ex. E (provision of collective bargaining agreement

22 providing for payment of "reasonable" auditors fees and "reasonable" expenses).)

23        (4) Plaintiffs seek to recover the sum of $ 838.73 for "costs."  (See Pls.' Mot. at

24 3:14.)  Plaintiffs fail to identify the nature of such costs.

25 _____

26        [2]To the extent plaintiffs seek to recover for other categories of losses, the papers
submitted by plaintiffs are sufficient.

27        [3]In the complaint, plaintiffs allege that defendants failed to pay contributions
28 corresponding to work performed for the period beginning June 2007 and also failed to pay
liquidated damages and interest "owed for this period."  (See Compl. ¶ 13.)

2

1         If plaintiffs wish to file a supplement to their motion to address any or all of the

2    above-referenced issues, plaintiffs shall file such supplement no later than September 26,

3    2008.  As of September 26, 2008, the Court will take the matter under submission, unless

4    the parties are otherwise advised.

5         **IT IS SO ORDERED.**

6

7    Dated:  September 15, 2008

                                  MAXINE M. CHESNEY

8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3