|   |   |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | |
| 4 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

GIL CROSTHEWAITE, et al.,

                No. CV-08-0034 MMC

      Plaintiffs,

                **JUDGMENT IN A CIVIL CASE**

  v.

TERRENCE WAYNE WIMMER, et al.,

      Defendants.

                           /

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** plaintiff's motion for default judgment is hereby GRANTED in part and DENIED in part, as follows:

      1. Plaintiffs shall have judgment against defendants in the total amount of $261,158.40, such amount consisting of $96,162.46 (contributions), $36,124.17 (liquidated damages), $8,811.86 (prejudgment interest), $7,596.48 (audit fees and costs), $102,550.70 (amounts found due on audit), $9,064.00 (attorney's fees), and $838.73 (litigation costs).

      2. The judgment shall bear interest at the rate of twelve percent per annum.

1     3. To the extent plaintiffs seek further relief, the motion is hereby DENIED.

Dated: October 10, 2008            Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>